IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE M. BELL<br>    On Behalf Of Herself And All<br>    Others Similarly Situated,<br><br>                            Plaintiff,<br><br>            v.<br><br>COMMERCIAL CAPITAL FUNDING CORP.,<br><br>                            Defendant. | :<br>:<br>:<br>:   C.A. NO.07-4082 (RB)<br>:<br>:<br>:<br>:   CLASS ACTION<br>:<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiff Christine M. Bell d/b/a Allegiance Mortgage Services ("Bell"), by her undersigned counsel, hereby voluntarily dismisses the above-captioned action, with prejudice as to Bell's individual claims and without prejudice as to the claims of the putative class members, if any. Commercial Capital Funding Corp. has not appeared in the action or served an answer or motion for summary judgment.

Dated: March 20, 2008

/s/ Ann M. Caldwell
Ann M. Caldwell
CALDWELL LAW OFFICE LLC
108 W. Willow Grove Ave., Ste. 300
Philadelphia, PA 19118
(215) 248-2030
(215) 248-2031 (fax)

Counsel for Plaintiff
Christine M. Bell d/b/a Allegiance
Mortgage Services